

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00493-CV

**IN THE INTEREST OF L.Z.U**., a child,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34608
Honorable Roland Andrade, Judge Presiding

## O R D E R

The reporter's record was filed on December 13, 2021. Appellant's brief originally was due on January 12, 2022. Appellant has been granted one thirty-day extension until February 11, 2022. On February 11, 2022, appellant filed a motion requesting thirty days in which to file the brief and obtain the reporter's record from a March 4, 2021 hearing. The motion is **GRANTED**.

It is therefore ORDERED that appellant provide written proof to this court **no later than February 28, 2022** that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* Tex. R. App. P. 34.6(b)(1).

It is further ORDERED that appellant provide written proof to this court **no later than February 28, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

The reporter's record must be filed no later than fifteen (15) days after the date appellant's written proofs are filed with this court.

If appellant fails to respond within the time provided above, appellant's brief will be due **no later than March 14, 2022**. *See* TEX. R. APP. P. 37.3(c). If appellant complies with the above, appellant is hereby ORDERED to file a brief **no later than thirty days from the date the reporter's record is filed**. No further extensions of time will be granted absent extenuating circumstances, which must include a written response reasonably explaining (1) appellant's failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file its brief. Furthermore, appellant is cautioned that future motions that do not include a certificate of conference will be disfavored. *See* Tex. R. App. P. 10.1(a)(5).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.



MICHAEL A. CRUZ, Clerk of Court